# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JEREMIAH DAVIS, <br><br> Plaintiff, <br><br> vs. <br> NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, *et al.*, <br><br> Defendants. | 2:17-cv-01161-JCM-VCF <br> **ORDER** |

Before the court is the Notice of Settlement of Entire Action. (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before November 15, 2017.

IT IS FURTHER ORDERED that the Motion to Compel Disclosures (ECF No. 18) is DENIED as moot.

DATED this 15th day of September, 2017.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE